376 A.2d 247

**COMMONWEALTH of Pennsylvania**

v.

**Dallas Robert SCOTT, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 23, 1977.

Decided Aug. 17, 1977.

Bruce D. Foreman, Harrisburg, for appellant.

LeRoy S. Zimmerman, Dist. Atty., Marion E. MacIntyre, Second Asst. Dist. Atty., Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

OPINION

PER CURIAM.

Judgment affirmed.